# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH C. COLE,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:20-cv-1717 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, HANNAH C. COLE, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On June 17, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 12.) Pursuant to the terms of the stipulation, an ALJ shall issue a new decision. (*Id.* at 1.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff. (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Hannah C. Cole and against Defendant Andrew Saul.

IT IS SO ORDERED.

    Dated: __June 18, 2021__           ___ **/s/ Jennifer L. Thurston**
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE