# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH C. COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1717 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 15) |

On July 27, 2021, Sonja Denise Mayo and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $374.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 15) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $374.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __**July 28, 2021**__         ___ /s/ Jennifer L. Thurston__
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE