UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH C. COLE,<br><br>   Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:20-cv-1717 JLT<br><br>AMENDED ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 15) |

On July 27, 2021, Hannah Cole and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $374.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 15) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $374.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

 Dated: __**July 28, 2021**__      ___/s/ Jennifer L. Thurston__
                 CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).